### 4994.  BROWN *v.* HAWKINS.

RUSSELL, J.  The Court of Appeals is without jurisdiction to consider assignments of error addressed solely to the finding of a jury upon issuable facts.  There is no complaint that any error of law was committed; the evidence authorized the verdict rendered; and though the testimony in behalf of the losing party would have warranted a different verdict, the trial judge did not err in refusing a new trial, for the credibility of the witnesses is a matter exclusively for the jury.  *Davis* v. *Kirkland,* 1 *Ga. App.* 5 (58 S. E. 209).  *Judgment affirmed.*
DECIDED AUGUST 25, 1913.

Complaint; from city court of Hall county—Judge Irwin presiding.  May 19, 1913.

*Adams & Quillian,* for plaintiff in error.

*Howard Thompson,* contra.